**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR222 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDDIE GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on motion of defendant Eddie Garcia (Garcia) to extend the time for filing a post-hearing brief (Filing No. 56). Garcia's counsel represents that government's counsel has no objection to the motion. The motion will be granted.

**IT IS ORDERED:**

1. Garcia's motion to extend the post-briefing deadline (Filing No. 56) is granted. Garcia is given **until October 31, 2008**, in which to file his post-hearing brief.

2. The government is given **until November 12, 2008**, in which to respond.

DATED this 29th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge